**2008–1173.   State v. Collins.**

Cuyahoga App. No. 89668, 2008-Ohio-2363. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On June 16, 2008, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

It is ordered by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**2008–1507.   Utility Serv. Partners, Inc. v. Pub. Util. Comm.**

Public Utilities Commission, No. 07–478–GA–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion of Columbia Gas of Ohio, Inc., for leave to intervene as appellee,

It is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS

*September 25, 2008*

[Cite as *09/25/2008 Case Announcements,* 2008-Ohio-4854.]

# MOTION AND PROCEDURAL RULINGS

**2008–1520.   AEGIS v. Sedlacko.**

Mahoning App. No. 07 MA 128, 2008-Ohio-3190. On September 18, 2008, appellant filed a motion seeking reconsideration of this court's September 10, 2008 decision denying the motion for stay of the court of appeals' judgment. Upon consideration thereof,

It is ordered by the court, sua sponte, that the motion for reconsideration in this case is stricken as prohibited by S.Ct.Prac.R. XI(2).

**2008–1885.   Hughley v. Saunders.**

Fairfield App. No. 08–CA–53, 2008-Ohio-4417. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Fairfield County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.